IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANA B. FULK | § | |
| THE ESTATE OF JOHN H. FULK, III, | § | CASE NO.: 1:13-cv-00234 |
| JOHN H. FULK, III | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| NORFOLK SOUTHERN RAILWAY | § | |
| COMPANY and NORFOLK SOUTHERN | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal WITH PREJUDICE of all of their claims, with each party bearing its own costs and expenses.

SO STIPULATED this 1st day of April, 2016.

/s/ M. Daniel McGinn
M. Daniel McGinn
N.C. State Bar Number: 5051
dmcginn@brookspierce.com
Reid L. Phillips
N. C. State Bar Number: 7968
rphillips@brookspierce.com
Nicole A. Crawford
N.C. State Bar Number: 31466
ncrawford@brookspierce.com
John S. Buford
N. C. State Bar Number: 28455
rbuford@brookspierce.com
BROOKS PIERCE, et al.
P. O. Box 26000
Greensboro, NC 27420
Telephone: 704-331-1000
Facsimile: 704-331-1159
Attorneys for Defendants

/s/ Rachel S. Decker
Rachel S. Decker
N.C. State Bar No.: 22020
CARRUTHERS & ROTH, P.A.
Post Office Box 540
Greensboro, NC 27402
Telephone: (336) 379-8651
Facsimile: (336) 273-7885
Attorney for Plaintiff
rsd@crlaw.com

## CERTIFICATE OF SERVICE
## AND NOTICE OF ELECTRONIC FILING

    I, Rachel S. Decker, hereby certify that, on the date set forth below, I filed a copy of the foregoing Joint Stipulation of Dismissal via the Court's ECF system, which will send notification of such filing to the following:

>M. Daniel McGinn, Esq.
>dmcginn@brookspierce.com
>Reid L. Phillips, Esq.
>rphillips@brookspierce.com
>Nicole A. Crawford, Esq.
>ncrawford@brookspierce.com
>John S. Buford, Esq.
>jbuford@brookspierce.com
>
>Attorney for Defendants

    This the 1st day of April, 2016.

>/s/ Rachel S. Decker
>Rachel S. Decker
>N.C. State Bar No.: 22020
>CARRUTHERS & ROTH, P.A.
>Post Office Box 540
>Greensboro, NC 27402
>Telephone: (336) 379-8651
>Facsimile: (336) 273-7885
>Attorney for Plaintiff
>rsd@crlaw.com